UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23335-RNS

ALBERT SWAIN,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

    Defendant.
_____/

## JOINT DISCOVERY REPORT

Plaintiff Albert Swain this Joint Discovery Report pursuant to this Court's Scheduling Order [D.E. 20].

(A)    TIMING, FORM, AND/OR REQUIREMENT OF RULE 26(A) DISCLOSURES

The Parties do not believe any changes should be made to required disclosures.

(B)    DISCOVERY SUBJECTS, COMPLETION DATE, AND/OR LIMITATIONS

Plaintiff anticipates discovery will be needed with respect to: **[1]** the identify of each third-party that Defendant unlawfully communicated with, as alleged by Plaintiff, in violation of 15 U.S.C. § 1692c(b); **[2]** the services provided by each such third-party; *and* **[3]** the documents and information maintained, and kept up-to-date within seven (7) days, by Defendant involving Plaintiff.

The Parties do not believe discovery should be conducted in phases or limited to any specific issues.

(C)    ISSUES CONCERNING ELECTRONICALLY STORED INFORMATION

The Parties will produce documents in electronic format, specifically, .PDF.

(D)    ISSUES CONCERNING DISCLOSURE OF PRIVILEGED INFORMATION

The Parties agree that the inadvertent disclosure of information protected by the attorney-client and/or work-product privilege shall not constitute a waiver of an otherwise valid claim of privilege.

(E) <u>CHANGES AND LIMITATIONS ON DISCOVERY</u>

The Parties do not seek any changes to the limitations on discovery imposed by the Rules.

(F) <u>NEED FOR ORDERS WITH RESPECT TO RULE 26(c), RULES 16(b) AND (c)</u>

None.

Dated: November 4, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377